UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-6549-FMO (KKx)** | Date | April 13, 2022 |
|---|---|---|---|
| Title | *Andres Gomez v. The Misfit Restaurant, LLC* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER for Defendant The Misfit Restaurant, LLC and Defense Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statement and VACATING the April 18, 2022 Settlement Conference

On November 24, 2021, this matter was referred to the assigned Magistrate Judge for mediation to be completed no later than May 25, 2022.  ECF Docket No. ("Dkt.") 17 at 17.  On February 28, 2022, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for April 18, 2022, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference. Dkt. 20.  The parties' confidential settlement briefs were, thus, due on April 11, 2022.

On April 11, 2022, the Court received Plaintiff's Confidential Settlement Conference Statement.  The Court, however, still has not received a Confidential Settlement Conference Statement from defendant The Misfit Restaurant, LLC ("Defendant").

The Court, therefore, ORDERS Defendant and defense counsel, Caroline Ann Lynn, to show cause why they should not be sanctioned in the amount of $500 jointly and severally for their failure to comply with the Court's order.  Accordingly, the settlement conference scheduled for April 18, 2022 is hereby VACATED and Defendant and defense counsel shall respond in writing to this Order to Show Cause no later than **4:00 p.m. on Friday, April 15, 2022**.

**IT IS SO ORDERED.**